UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. AINSWORTH, | No. 2:14-cv-0479 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| FRED FOULK, | |
| Defendant. | |

Plaintiff commenced this prisoner civil rights action pursuant to 42 U.S.C. § 1983 on February 12, 2014. On March 3, 2014, plaintiff's complaint was dismissed for failure to state a claim, and plaintiff was granted thirty days to file an amended complaint. (ECF No. 4.) Plaintiff has not filed an amended complaint; rather, he has filed a motion for leave to file an amended complaint. (ECF No. 9.) Because plaintiff has already been granted leave to amend, his motion is moot. However, the court will grant plaintiff an additional thirty days to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to amend (ECF No. 9) is denied as moot; and

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint

1

1 in this action.  Failure to timely file an amended complaint will result in a recommendation that
2 this action be dismissed.
3 Dated:  April 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / ains0479.ord